IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | CHAPTER 7 CASE |
|---|---|
| BEATTIE, PAMELA J. | CASE NO. 07-71788 MB |
| | Judge MANUEL BARBOSA |
| Debtor(s) | |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>07/27/07</u>. The Trustee was appointed on 07/27/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of September 22, 2008 is as follows:

    a. RECEIPTS (See Exhibit C)      $_____80,000.98

    b. DISBURSEMENTS (See Exhibit C)      $_____0.00

    c. NET CASH available for distribution      $_____80,000.98

    d. TRUSTEE/PROFESSIONAL COSTS

|   |   |   |   |
|---|---|---|---|
| | 1. | Trustee compensation requested (See Exhibit F) | $_____6,327.42 |
| | 2. | Trustee Expenses (See Exhibit F) | $_____0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $_____1,856.50 |
| e. | | Illinois Income Tax for Estate (See Exhibit G) | $_____0.00 |

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $_____0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $_____8,443.92 |
| c. | Allowed Chapter 11 Administrative Claims | $_____0.00 |
| d. | Allowed priority claims | $_____0.00 |
| e. | Allowed unsecured claims | $_____53,104.56 |
| f. | Surplus return to debtor | $_____18,452.50 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 4.91%.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,856.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,856.50

9. A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   September 22, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BEATTIE, PAMELA J.

CASE NO. 07-71788 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,443.92 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 50,022.65 |
| Post-Petition Interest: | $ 3,081.91 |
| Surplus to Debtor: | $ 18,452.50 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 80,000.98 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $8,443.92 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 6,327.42 | 6,327.42 |
| | Clerk of the United States Bankruptcy Court Fee for reopening case | 260.00 | 260.00 |
| | Stephen G. Balsley, Attorney for Trustee | 1,856.50 | 1,856.50 |
| | TOTAL | $ | 8,443.92 |

d. $50,022.65 for general unsecured creditors who have filed claims allowed in the total amount of $50,022.65, yielding a dividend of 100.00% plus interest at the rate of 4.91% for total interest of $3,081.91 for a total of $53,104.56, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $50,022.65 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | LVNV Funding/Citibank | 14,756.33 | 14,756.33 |
| 2 | Discover Bank | 4,451.70 | 4,451.70 |
| 3 | Chase Bank USA, N.A. | 414.88 | 414.88 |
| 4 | Chase Bank USA, N.A. | 10,621.64 | 10,621.64 |
| 5 | Fifth Third Bank | 5,601.68 | 5,601.68 |
| 6 | FIA Card Services/Bank of America and MBNA America Bank | 14,176.42 | 14,176.42 |
| Subtotal | | $ | 50,022.65 |
| Interest (I) | | | 3,081.91 |
| | TOTAL | | $53,104.56 |

g. $3,081.91 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $3,081.91 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1I | LVNV Funding/Citibank | 909.14 | 909.14 |
| 2I | Discover Bank | 274.27 | 274.27 |
| 3I | Chase Bank USA, N.A. | 25.56 | 25.56 |
| 4I | Chase Bank USA, N.A. | 654.40 | 654.40 |
| 5I | Fifth Third Bank | 345.12 | 345.12 |
| 6I | FIA Card Services/Bank of America and MBNA America Bank | 873.42 | 873.42 |
| | TOTAL | $ | 3,081.91 |

i. $18,452.50 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $18,452.50 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | Pamela J. Beattie | 18,452.50 | 18,452.50 |
| | TOTAL | $ | 18,452.50 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 22, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 6,327.42 | $ 6,327.42 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,856.50 | $ 1,856.50 |
| **TOTALS** | **$ 0.00** | **$ 8,183.92** | **$ 8,183.92** |

## EXHIBIT A

## TASKS PERFORMED

## PAMELA J. BEATTIE
## CHAPTER 7 BANKRUPTCY CASE NO. 07-71788

The Debtor in this case had a malpractice claim which was settled for the sum of $225,000.00. The Trustee reached an agreement with the Debtor to pay into the bankruptcy estate the sum of $80,000.00, which appeared would be a sufficient amount to pay all scheduled claims and costs of administration. The parties agreed that if more money would be needed, the Debtor would transfer more funds to the bankruptcy estate so all creditors would be paid in full. The claims in the estate are approximately $50,000.00. The bankruptcy clerk sent its regular notice to creditors to file claims on June 20, 2008. The Trustee has written to all creditors on August 20, 2008 and September 5, 2008 reminding them to file claims, enclosing Proof of Claim forms, and telling creditors it appeared likely that all legitimate claims would be paid in full.

The Trustee has reviewed the claims on file and has found no objections thereto. The Trustee has determined there is no income tax return required for this estate.

SGB:vcg

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**EXHIBIT B**

Page: 1

| Case Number: | 07-71788 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | BEATTIE, PAMELA J. | Filed (f) or Converted (c): | 07/27/07 (f) |
| | | §341(a) Meeting Date: | 08/23/07 |
| Period Ending: | 09/22/08 | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1260 Walnut Glen, Crystal Lake, IL 60014 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. costume jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Annuity  Met. Life Ins  # 008461 | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | United Airlines pension | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Malpractice claim | 80,000.00 | 80,000.00 | | 80,000.00 | FA |
| 10 | 1998 Chevrolet Malibu | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Personal cash | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.98 | Unknown |
| 11 | Assets   Totals (Excluding unknown values) | $287,700.00 | $80,000.00 | | $80,000.98 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-71788 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | BEATTIE, PAMELA J. | Filed (f) or Converted (c): | 07/27/07 (f) |
| | | §341(a) Meeting Date: | 08/23/07 |
| Period Ending: | 09/22/08 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): October 1, 2008        Current Projected Date Of Final Report (TFR): September 22, 2008 (Actual)


EXHIBIT C

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 07-71788 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | BEATTIE, PAMELA J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****46-65 - Money Market Account |
| Taxpayer ID #: | 38-6859584 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/22/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/25/08 | {9} | Susan E. Loggan & Associates, P.C. | Malpractice settlement | 1129-000 | 80,000.00 | | 80,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 80,000.98 |
| | | | **ACCOUNT TOTALS** | | 80,000.98 | 0.00 | $80,000.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 80,000.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,000.98** | **$0.00** | |

{} Asset reference(s)  
Printed: 09/22/2008 09:52 AM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: 07-71788 MB | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: BEATTIE, PAMELA J. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****46-66 - Checking Account |
| Taxpayer ID #: 38-6859584 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 09/22/08 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****46-65 | 80,000.98 | 0.00 | 80,000.98 |
| Checking # ***-*****46-66 | 0.00 | 0.00 | 0.00 |
| | $80,000.98 | $0.00 | $80,000.98 |

{} Asset reference(s)                                         Printed: 09/22/2008 09:52 AM    V.10.54