Case Name: BEATTIE, PAMELA J.
Case No:     07-71788

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 6, 2008          WILLIAM T. NEARY
                                United States Trustee, Region 11


                        BY:     /s/ Carole J. Ryczek
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee