IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BEATTIE, PAMELA J.

CASE NO. 07-71788 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-0634

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO:  The Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 115
           Rockford, IL  61101

    on:    October 27, 2008
    at:    9:30 a.m.

2.      The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|---|
| STEPHEN G. BALSLEY Trustee | $ | 0.00 $ | 6,327.42 | |
| Stephen G. Balsley Trustee's Firm Legal | $ | 0.00 $ | 1,856.50 | |

4.      The Trustee's Final Report shows total:

    a.  Receipts                                    $_____80,000.98

    b.  Disbursements                               $_____0.00

    c.  Net Cash Available for Distribution         $_____ __80,000.98

5.      In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $260.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $71,557.06, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the

distribution is $50,022.65, resulting in an approximate distribution of 100.00% to unsecured creditors, plus interest at the rate of 4.91%.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    September 22, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

# CERTIFICATE OF NOTICE

```
District/off: 0752-3        User: jclarke        Page 1 of 1            Date Rcvd: Oct 07, 2008
Case: 07-71788             Form ID: pdf002       Total Served: 21

The following entities were served by first class mail on Oct 09, 2008.
db            +Pamela J. Beattie,    1260 Walnut Glen,    Crystal Lake, IL 60014-6843
aty           +Cynthia J Briscoe,    Briscoe Law Offices,    210 N Walkup Avenue,    Crystal Lake, IL 60014-4339
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11509251      +Alliant Visa,    P.O. Box 31021,    Tampa, FL 33631-3021
11509252      +Apria Infusion,    c/o Capitol Receivables,    P.O. Box 1170,    Fairfax, VA 22038-1170
11509253      +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
12556469       Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12409489      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11509254      +Chase Card,    P.O. Box 15153,    Wilmington, DE 19886-5153
11509255      +Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19850-5153
11509256      +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
11509257      +Chase Mortgage,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
11509258      +CitiCards,    P.O. Box 688915,    Des Moines, IA 50368-8915
12565769      +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,    1850 E Paris SE,
               Grand Rapids MI 49546-6210
11509260      +Fifth Third Bank MC,    P.O. Box 740789,    Cincinnati, OH 45274-0789
11509261      +Kohl's,    P.O. Box 3043,    Milwaukee, WI 53201-3043
11509262      +SEARS,    P.O. Box 183081,    Columbus, OH 43218-3081

The following entities were served by electronic transmission on Oct 08, 2008.
11509259       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2008 06:49:29      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130
12378731      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2008 06:49:29
               Discover Bank DFS Services LLC,    PO Box 3025,    New Albany Ohio 43054-3025
12602680      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 08 2008 06:48:26
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12373842       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2008                    Signature:    *Joseph Speetjens*